## FELIX CORREA *v.* CARMEN STEVENS ET AL.
### (AC 30191)

Flynn, C. J., and Harper and Peters, Js.

Argued November 9—officially released December 15, 2009

Per Curiam. The judgment is affirmed.

## MICHAEL OLENDER *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 31030)

Gruendel, Robinson and Schaller, Js.

Argued November 30—officially released December 15, 2009

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* LAWRENCE SMITH
### (AC 30050)

Robinson, Alvord and Mihalakos, Js.

Argued November 12—officially released December 15, 2009

Per Curiam. The judgment is affirmed.